**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
GUSKY,                       :
        Plaintiff,           :
                             :   No. 3:03cv898(WWE)
v.                           :
                             :
QUALEX, INC.,                :
        Defendant.           :
```

**REFERRAL TO MAGISTRATE JUDGE**

This above-captioned is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

___ All purposes including trial upon written request by all parties (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

___ A ruling on the following pending motion:

XXX A settlement conference  (orefmisc./cnf)

___ A scheduling conference  (orefmisc/cnf)

___ Other:  (orefmisc./misc)

SO ORDERED this 12th day of December, 2003 at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior U.S. District Judge