

RECEIVED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC -9  A 11: 25

| | |
|---|---|
| HERMAN GUSKY and CYNTHIA GUSKY : | CIVIL ACTION |
| : | NO. 3:03CV00898 (WWE) |
| v. : | |
| : | |
| QUALEX, INC., DIVISION OF KODAK : | |
| CORPORATION, INC., EASTMAN KODAK : | |
| AND KODAK SUBSIDIARIES' MEDICAL PLAN: | |
| Defendants : | |
| : | December 5, 2003 |

### REPORT OF THE PARTIES' PLANNING MEETING

Date Complaint Filed:            May 21, 2003

Complaint Served:                May 21, 2003

of Defendant's Appearance:       July 31, 2003

of Order To Stay Proceedings:    August 6, 2003

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 38, a conference

held on December 5, 2003.  The participants were:

Henry F. Murray ct17234
Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922
for plaintiffs;

Gary F. Kotaska, *pro hac vice*
Philips Lytle LLP
3400 HSBC Center
Buffalo, new York 14203
for defendants.

Report Approved.
Discovery cutoff date  8-15-2004
Dispositive Motions due by  9-15-2004
SO ORDERED  12/15/2003
Warren W. Eginton, Sr. U.S.D.J.