UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Herman Gusky

V.                               Case Number:  3:03cv898 WWE

Qualex Inc., et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>February 19, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 18, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, March 25, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Diane Kolesnikoff
    Deputy Clerk