UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

HERMAN GUSKY and
CYNTHIA GUSKY

               Plaintiffs,            CIVIL ACTION NO. 3:03CV898(WWE)

v.                               STIPULATION
                                    DISCONTINUING
QUALEX, INC., DIVISION OF KODAK    ACTION
CORPORATION, INC., EASTMAN
KODAK COMPANY, and KODAK
SUBSIDIARIES' MEDICAL PLAN

               Defendants.

_____

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the

attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is

an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the

same hereby is, discontinued, with prejudice and on the merits, without costs to either party as

against the other.

Dated:        March __, 2004

LIVINGSTON, ADLER, PULDA,        PHILLIPS LYTLE LLP
      MEIKLEJOHN & KELLY, P.C.
By:_____By:_____
      Henry F. Murray, Esq. ct17234        Gary F. Kotaska, ct25019
      557 Prospect Avenue             Suite 3400
      Hartford, CT  06105-2922        One HSBC Center
                                  Buffalo, New York   14203-2887
                                  Telephone No.:   (716) 847-8400

SO ORDERED

- 2 -

_____
              U.S.D.J.

BFLO Doc # 1372685.1