UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -5 P 2: 29
U.S. DISTRICT COURT
BRIDGEPORT, CONN

HERMAN GUSKY and
CYNTHIA GUSKY

          Plaintiffs,

v.

QUALEX, INC., DIVISION OF KODAK
CORPORATION, INC., EASTMAN
KODAK COMPANY, and KODAK
SUBSIDIARIES' MEDICAL PLAN

          Defendants.

CIVIL ACTION NO.: 3:03CV898(WWE)

STIPULATION
DISCONTINUING
ACTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued, with prejudice and on the merits, without costs to either party as against the other.

Dated:     March 31, 2004

LIVINGSTON, ADLER, PULDA,
MEIKLEJOHN & KELLY, P.C.

By: _____
Henry F. Murray, Esq. ct17234
557 Prospect Avenue
Hartford, CT 06105-2922

PHILLIPS LYTLE LLP

By: _____
Gary F. Kotaska, ct25019
Suite 3400
One HSBC Center
Buffalo, New York 14203-2887
Telephone No.: (716) 847-8400

APPROVED and SO ORDERED
Warren W. Eginton, Sr. USDJ
Bridgeport, CT